

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV54

| | |
|---|---|
| EVELYN COLLINS,<br>　　Plaintiff | )<br>)<br>) |
| v. | )　　PLAINTIFF'S STATUS REPORT |
| | )　　RE ARBITRATION |
| DILLARD'S, INC.,<br>　　Defendant | )<br>) |

NOW COMES the Plaintiff pursuant to the Court's Order of May 28, 2004, and advises the Court as follows:

1. The parties have agreed on a joint proposed discovery plan which was submitted to and approved by the arbitrator.

2. The arbitration hearing has been scheduled for June 13, 14, and 15, 2005.

Respectfully submitted this the _____ day of March, 2005.

THE MOORE LAW FIRM

BY: _____
GEORGE W. MOORE
Attorney for Plaintiff
P. O. Box 7602
Asheville, NC 28802
828-258-8053
N.C.S.B. No.: 3073

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of this pleading upon the opposing party or his attorney as provided in North Carolina Rule of Civil Procedure 5(b) by delivering a copy to said party or by delivery of copy to John D. Cole, Attorney for Defendants, Ogletree, Deakins, Nash, Smoak, and Stewart, Attorneys at Law, 400 West Trade Street, Charlotte, North Carolina 28202-1627, in a post paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service.

This the ___ day of March, 2005.

GEORGE W. MOORE