# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV54

| | |
|---|---|
| EVELYN COLLINS, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>DILLARD'S, INC., )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's status report and attached ruling of the arbitrator granting the Defendant's motion for directed verdict.

The parties shall advise the Court on or before 15 days from entry of this Order of any objections to dismissal of this action.

**IT IS SO ORDERED.**

**Signed: August 11, 2005**

Lacy H. Thornburg
United States District Judge