IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV54

| | |
|---|---|
| EVELYN COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| DILLARD'S, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court for dismissal of the action.

Arbitration having been held and a decision having been rendered against the Plaintiff and for the Defendant,

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

**Signed: September 12, 2005**

Lacy H. Thornburg
United States District Judge